UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE CINCINNATI CASUALTY COMPANY, | Case No. 1:17-cv-00205-BLW |
| Plaintiff, | ORDER |
| v. | |
| INDUSTRIAL VENTILATION, INC., an Idaho Corporation, and LIBERTY NORTHWEST MUTUAL INSURANCE COMPANY, an Oregon corporation, | |
| Defendants. | |
| INDUSTRIAL VENTILATION, INC., | |
| Counterclaimant, | |
| v. | |
| THE CINCINNATI INSURANCE COMPANY, | |
| Counterdefendant. | |

Pending before the Court is the parties' Stipulation to Withdraw Motions and Enter Scheduling. Finding good cause, the Court will approve the stipulation. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that

1. Defendant Industrial Ventilation, Inc.'s Motion to Seal Documents (Dkt. 59) shall be withdrawn.

**ORDER - 1**

2. Cincinnati Insurance Company's Motion for Summary Judgment on the Counterclaim (Dkt. 35) shall be withdrawn without prejudice.

3. The parties shall file a revised litigation plan on or before June 18, 2018.

DATED: June 4, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court