James S. Thomson, II
ISB #6124; jst@powerstolman.com
W. Dustin Charters
ISB #8710; wdc@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
702 W. Idaho Street, Suite 700
Post Office Box 9756
Boise, Idaho  83707
Telephone:  (208) 577-5100
Facsimile:  (208) 577-5101

Attorneys for Counter-Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>INDUSTRIAL VENTILATION, INC., and LIBERTY NORTHWEST INSURANCE CORPORATION,<br><br>  Defendants. | Case No.  1:17-CV-00205-BLW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| INDUSTRIAL VENTILATION, INC.,<br><br>  Counterclaimant,<br><br>vs.<br><br>THE CINCINNATI INSURANCE COMPANY,<br><br>  Counter-Defendant. | |

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

COME NOW Plaintiff/Counter-Defendant THE CINCINNATI INSURANCE COMPANY, Defendant/Counterclaimant INDUSTRIAL VENTILATION, INC., and Defendant LIBERTY NORTHWEST INSURANCE CORPORATION, by and through their respective undersigned counsel, and hereby stipulate and agree that the above-entitled cause of action, including all claims and counterclaims, be dismissed, with prejudice, and with each of the parties to bear their own attorney fees and costs.

DATED this 5th day of ~~March~~ April, 2019.

POWERS FARLEY, PC
~~POWERS TOLMAN FARLEY, PLLC~~

By_____
James S. Thomson, II – Of the Firm
W. Dustin Charters – Of the Firm
Attorneys for Counter-Defendant Cincinnati Insurance Company


DATED this _____ day of March, 2019.

PERKINS, MITCHELL, POPE & MCALLISTER LLP


By_____
Richard L. Stubbs – Of the Firm
Attorneys for Plaintiff Cincinnati Insurance Company


DATED this 27 day of March, 2019.

RISCH PISCA, PLLC

By_____
Jason S. Risch – Of the Firm
Attorneys for Industrial Ventilation, Inc.

**COME NOW** Plaintiff/Counter-Defendant THE CINCINNATI INSURANCE COMPANY, Defendant/Counterclaimant INDUSTRIAL VENTILATION, INC., and Defendant LIBERTY NORTHWEST INSURANCE CORPORATION, by and through their respective undersigned counsel, and hereby stipulate and agree that the above-entitled cause of action, including all claims and counterclaims, be dismissed, with prejudice, and with each of the parties to bear their own attorney fees and costs.

DATED this _____ day of April, 2019.

POWERS TOLMAN FARLEY, PLLC

By_____
James S. Thomson, II – Of the Firm
W. Dustin Charters – Of the Firm
Attorneys for Counter-Defendant Cincinnati Insurance Company

DATED this 2nd day of April, 2019.

PERKINS, MITCHELL, POPE & MCALLISTER LLP

By_____
Richard L. Stubbs – Of the Firm
Attorneys for Plaintiff Cincinnati Insurance Company

DATED this _____ day of April, 2019.

RISCH PISCA, PLLC

By_____
Jason S. Risch – Of the Firm
Attorneys for Industrial Ventilation, Inc.

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2

DATED this 20th day of March, 2019.

                                       GORDON & REES LLP

                                       By_____
                                       Brooke H. Anderson – Of the Firm
                                       Attorneys for Liberty Northwest Insurance
                                       Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of April, 2019, the foregoing document was:

__X__ Electronically filed with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Jason S. Risch | jrisch@rischpisca.com |
| Brooke Allison Anderson | banderson@gordonrees.com |
| Justin Volle | jrvolle@perkinsmitchell.com |
| Richard L. Stubbs | rlstubbs@perkinsmitchell.com |

                                       _s/ James S. Thomson, II_____
                                       James S. Thomson II
                                       W. Dustin Charters

                                       \* \* \* \* \*

____ Not electronically filed with the U.S. District Court. A true and correct copy of the foregoing document was delivered to the address below by the method indicated:

| | |
|---|---|
| Richard L. Stubbs<br>Justin Volle<br>PERKINS, MITCHELL, POPE &<br>MCALLISTER LLP<br>300 North 6th St., Ste. 200<br>Boise, ID 83702<br>Fax: (208) 345-8600<br>*Attorneys for Plaintiff*<br>*The Cincinnati Insurance Company* | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy<br>☐ Email |

STIPULATION FOR DISMISSAL WITH PREJUDICE - 3

| | |
|---|---|
| Brooke Allison Anderson<br>GORDON & REES, LLP<br>275 Battery St., Ste. 2000<br>San Francisco, CA 94111<br>Fax: (415) 986-5900<br>*Attorneys for Defendant<br>Liberty Northwest Mutual<br>Insurance Company* | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy<br>☐ Email |
| Jason S. Risch<br>RISCH PISCA, PLLC<br>407 West Jefferson Street<br>Boise, ID 83702-6012<br>Fax: (208) 345-9928<br>*Attorneys for Defendant/Counterclaimant<br>Industrial Ventilation, Inc.* | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy<br>☐ Email |

_____
James S. Thomson II
W. Dustin Charters