IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>INDUSTRIAL VENTILATION, INC., and LIBERTY NORTHWEST MUTUAL INSURANCE COMPANY,<br><br>        Defendants.<br><br>INDUSTRIAL VENTILATION, INC.,<br><br>        Counterclaimant,<br><br>vs.<br><br>THE CINCINNATI INSURANCE COMPANY,<br><br>        Counter-Defendant. | Case No. 1:17-CV-00205-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

**THIS MATTER** having come before the Court upon the parties' Stipulation for Dismissal with Prejudice, and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled cause of action, including all claims and counterclaims, is dismissed, with prejudice, and with each of the parties to bear their own attorney fees and costs. The Clerk of the Court is ordered to close this case.

DATED: April 12, 2019

_____
B. Lynn Winmill
United States District Judge